Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 25 2017

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

# UNITED STATES DISTRICT COURT
for the
_____ District of _____
_____ Division

Branden Nelsen Sparks

-v-

Richard Clark Flanigin

Case No. 4:17 cv475-KGB

Jury Trial: ☑ Yes ☐ No

This case assigned to District Judge Baker
and to Magistrate Judge Ray

## COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE
(28 U.S.C. § 1332; Diversity of Citizenship)

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Branden Nelsen Sparks
   Street Address: 1912 Green Mountain RD #K203
   City and County: Little Rock Pulaski
   State and Zip Code: Arkansas 72211
   Telephone Number: 501-516-9991
   E-mail Address: Bsparks1991@gmail.com

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title          . Attach additional pages if needed.

Page 1 of 5

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

Defendant No. 1
- Name: Richard Clark Flanigin
- Job or Title: MD
- Street Address: 9601 Baptist Health Drive
- City and County: Little Rock  Pulaski
- State and Zip Code: Arkansas 72205
- Telephone Number: 501-202-2000
- E-mail Address:

Defendant No. 2
- Name:
- Job or Title:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address:

Defendant No. 3
- Name:
- Job or Title:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address:

Defendant No. 4
- Name:
- Job or Title:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address:

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The Plaintiff(s)

1. If the plaintiff is an individual
   The plaintiff, __Branden Nelson Sparks__, is a citizen of the State of __Arkansas__.

2. If the plaintiff is a corporation
   The plaintiff, _____, is incorporated under the laws of the State of _____, and has its principal place of business in the State of _____.

### B. The Defendant(s)

1. If the defendant is an individual
   The defendant, __Richard Clark Flanigin__, is a citizen of the State of __Arkansas__. Or is a citizen of _____.

2. If the defendant is a corporation
   The defendant, _____, is incorporated under the laws of the State of _____, and has its principal place of business in the State of _____. Or is incorporated under the laws of _____, and has its principal place of business in _____.

### C. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because       :

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On __June 13__, at __Baptist Health__,
the defendant(s): (1) performed acts that a person of ordinary prudence in the same or similar circumstances would not have done; or (2) failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstances because

__The Plaintiff was already wrongfully Admitted into wrong Facility.__

The acts or omissions caused or contributed to the cause of the plaintiff's injuries by

__(1) Neglect (2) Pain and Suffering (3) Forgery and Plagiarism (4) violations of rights.__

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

__The Plaintiff is asking for 20 million in damages.__

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 07-25-2017

Signature of Plaintiff: *Branden Nelson Sparks*
Printed Name of Plaintiff: Branden Nelson Sparks

### B. For Attorneys

Date of signing: _____

Signature of Attorney  _____
Printed Name of Attorney  _____
Bar Number  _____
Name of Law Firm  _____
Street Address  _____
State and Zip Code  _____
Telephone Number  _____
E-mail Address  _____