IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**BRANDON SPARKS**                                                        **PLAINTIFF**

**v.**                         **Case No. 4:17-cv-475 KGB**

**RICHARD FLANNIGAN,** *et al.*                               **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, this action is dismissed without prejudice.

It is so adjudged this the 1st day of September, 2017.

                                                            _____
                                                            Kristine G. Baker
                                                            United States District Judge